United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD ALAN HAASE, *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-05063 |
| HON. VERONICA RIVAS-MOLLOY, ET AL., *Defendants*. | § | |

# ORDER

Before the Court is Plaintiff's Motion to Reset the Show-Cause Hearing.[1] ECF 72. Plaintiff represents that he did not receive a copy of the Order to Show Cause (ECF 65) regarding possible entry of a pre-filing injunction. ECF 72 at 2, 4. Plaintiff argues that because the substantive grounds for the show-cause hearing were never disclosed, he needs additional time to prepare his response. *Id.* at 2. Plaintiff's inclusion of the standards governing the entry of pre-filing injunctions (*id.* at 2) demonstrates he is at least somewhat aware of the basis for the hearing. In the interest of ensuring Plaintiff has adequate notice and a chance to be heard, it is

ORDERED that Plaintiff's Motion (ECF 72) is GRANTED. It is further

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 4.

ORDERED that the Show-Cause hearing (*see* ECF 65; ECF 66) is RESET. Plaintiff must appear on September 29, 2026, at 10:00 AM in Courtroom 701 and show cause why the Court should not impose a pre-filing injunction. It is further

ORDERED that the Clerk mail Plaintiff a copy of the original Show-Cause Order (ECF 65) and this Order via certified mail, return receipt requested. The Magistrate Judge's case manager will also send a courtesy copy of this Order and the original Show-Cause Order (ECF 65) to Plaintiff via the email listed on his Motion (Richard.Haase@clearvalue.com).

Signed on August 28, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge